# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | No. 1:11-CR-53-TCB-ECS |
| ) | |
| **LARRY PRATT,** ) | |
| **TORREZ SEYMORE** ) | |
| **RASHAAD WILSON**, ) | |
| ) | |
| Defendants. ) | |

## MOTION TO CONTINUE PRETRIAL CONFERENCE AND TO EXTEND TIME FOR FILING OF PRETRIAL MOTIONS AS TO RASHAAD WILSON

COMES NOW Defendant and Movant RASHAAD WILSON by his undersigned counsel and respectfully moves the Court for an order continuing his pretrial conference in the above-styled matter for two weeks, to Friday, 22 July 2011 and extending the time for filing pretrial motions to that same date. In support of this Motion Movant states as follows:

1.

Movant was arrested in Maryland on 17 June 2011 in connection with this matter and then transported to this District where he was arraigned on June 22nd.

2.

The undersigned was appointed as counsel for Movant less than a week ago on June 24th.

3.

A preliminary hearing pertaining to Movant is currently scheduled for July 8th at 9:30 AM.

4.

Upon inquiry by the undersigned, he was informed by counsel for the Government, Assistant United States Attorney Timothy J. Storino, that discovery materials will not be available for Movant until next week, after the July 4th holiday. Therefore, a modest extension of the pretrial conference and motion dates is necessary to enable the undersigned to adequately review the discovery and discuss it with Movant and to assess the necessity of, and prepare and submit any necessary, pretrial motions.

5.

This is Movant's first request for an extension of time in this case. Movant consents to exclusion of the requested extension period from Speedy Trial Act calculations.

6.

Counsel for the Government, Mr. Storino, kindly authorized the undersigned to state that the Government consents to this request.

WHEREFORE, Movant Rashaad Wilson respectfully requests the Court to continue until July 22nd the Pretrial Conference currently scheduled to be conducted with respect to Movant on July 8th, and also to extend to that same date, July 22nd, the deadline for submission of pretrial motions by Movant.

Respectfully submitted this 1st day of July 2011.

<div style="margin-left: 2em;">
<u>s/ Roger C. Wilson</u>  
Georgia Bar No. 769040  
Attorney for Defendant Rashaad Wilson  
The Roger C. Wilson Law Firm, PC  
2637 Peachtree Rd., Suite 412  
Atlanta, GA 30305  
Telephone:  (404) 467-1915  
Email:  rcw@rogerwilsonlaw.com
</div>

## CERTIFICATE OF SERVICE

I hereby certify that on 1 July 2011 I electronically filed the foregoing *Motion to Continue Pretrial Conference and to Extend Time for Filing of Pretrial Motions as to Rashaad Wilson* with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

s/ Roger C. Wilson
Georgia Bar No. 769040
Attorney for Defendant Rashaad Wilson
The Roger C. Wilson Law Firm, PC
2637 Peachtree Rd., Suite 412
Atlanta, GA 30305
Telephone:  (404) 467-1915
Email:  rcw@rogerwilsonlaw.com